1  ADAM WANG (STATE BAR NUMBER 201233)
   12 South First Street, Suite 908
2  SAN JOSE, CA 95113
   Tel: (408) 421-3403
3  Fax: (408) 351-0261

4  Attorney for Plaintiff
   Yun-Gui Cai
5
   MICHAEL C. GONG (STATE BAR NUMBER 182649)
6  LAW OFFICE OF MICHAEL C. GONG
   8525 North Cedar Ave Suite 107
7  Fresno, CA 93720
   Phone Number (559) 222-0012
8  Fax Number (559) 222-0092

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN-GUI CAI, | Case No.: C05-03175 MMC |
| Plaintiff, | **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE and [PROPOSED ORDER]** |
| vs. | |
| FISHI CAFÉ INC., ET AL | |
| Defendants | |

Plaintiff Yun-Gui Cai and, and defendants Fishi Café Inc. and Yin Tsai Lin, through their counsel, hereby stipulate as follows:

1. Plaintiff filed the Complaint on August 4, 2005.

2. On November 8, 2005, defendants were served with the Summons and Complaint.

3. Defendants just recently retained Mr. Michael Gong as their counsel in this case, and Mr. Gong has not had sufficient opportunity to familiarize himself with the case.

4. As such, parties stipulate to continue the Initial Case Management Conference currently scheduled on December 9, 2005 to January 7, 2006.

|  |  |
|---|---|
|  | Respectfully submitted: |
| DATED: December 2, 2005 | LAW OFFICE OF ADAM WANG |
|  | By:   /s/ ADAM WANG<br>        Adam Wang<br>        Attorney for Plaintiff<br>        Yun-Gui Cai |
| Dated: December 2, 2005 | By:   /s/ MICHAEL GONG<br>        Michael Gong<br>        Attorney for Defendants<br>        FISHI CAFÉ INC. & YING TSAI LIN |

### [~~PROPOSED~~] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that Initial Case Management Conference be continued to January 6, 2006, at 10:30 am.

**IT SO ORDERED.**

Dated: December 2, 2005

_____
Maxine M. Chesney
United States District Judge