1  MICHAEL C. GONG (STATE BAR NUMBER 182649)
   8525 North Cedar Suite 107
2  Fresno, CA 93720
   Tel:  (559) 222-0012
3  Fax:  (559) 222-0092

4  Attorney for Defendant Fishi Café Inc. et al

5  ADAM WANG (STATE BAR NUMBER 201233)
   DAL BON & WANG
6  12 South First Street, Suite 613
   SAN JOSE, CA 95113
7  Tel:  (408) 421-3403
   Fax:  (408) 351-0261
8
   Attorney for Plaintiff
9  Yun-Gui Cai

10

11
                    UNITED STATES DISTRICT COURT
12
                FOR NORTHERN DISTRICT OF CALIFORNIA
13

14 YUN-GUI CAI,                      | Case No.: C05-03175 EDL

15      Plaintiff,                   | STIPULATION TO CONTINUE INITIAL
                                     | CASE MANAGEMENT CONFERENCE &
16      vs.                          | [~~PROPOSED~~] ORDER

17 FISHI CAFÉ INC., ET AL

18      Defendants

19        Plaintiff Yun-Gui Cai and, and defendants Fishi Café Inc. and Yin Tsai

20 Lin, through their counsel, hereby stipulate as follows:

21   1.   Plaintiff filed the Complaint on August 4, 2005.

22   2.   On November 8, 2005, defendants were served with the Summons and Complaint.

23   3.   On or about January 16, 2006, Defendants requested that their Attorney of Record

24 take no further action in this matter.  Defendant's attorney will be substituting out as Attorney of

25 Record for Ying Tsai Lin and will be doing an Ex Parte motion to withdraw or be relieved as

   Attorney of Record for Fishi Café Inc.

                                         i                    C05-03175 EDL

4. As such, parties stipulate to continue the Initial Case Management Conference currently scheduled on January 31, 2006 to a date convenient for the Court and time so the Motion to Withdraw or be Relieved as Attorney of Record may be granted.

Respectfully submitted:

Dated: January 26, 2005   By:   /s/  MICHAEL GONG
                                Michael Gong
                                Attorney for Defendants
                                FISHI CAFÉ INC. & YING TSAI LIN

Dated: January 26, 2006   LAW OFFICE OF ADAM WANG

                          By:   /s/ ADAM WANG
                                Adam Wang
                                Attorney for Plaintiff
                                Yun-Gui Cai

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on January 31, 2006 be continued to April 4 ____, 2006. A joint case management conference statement shall be filed no later than March 28, 2006.

IT IS SO ORDERED.

Dated: __January 30, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE
United States Magistrate Judge