1  MICHAEL C. GONG (STATE BAR NUMBER 182649)
   8525 North Cedar Suite 107
2  Fresno, CA 93720
   Tel: (559) 222-0012
3  Fax: (559) 222-0092

RECEIVED

FILED  06 MAR -2 PM 3: 22

MAR X 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  Attorney for Defendant Fishi Café Inc. et al

5

6              UNITED STATES DISTRICT COURT

7          FOR NORTHERN DISTRICT OF CALIFORNIA

8  YUN-GUI CAI,                          Case No.: C05-03175 ~~MMC~~ *EDL*

9      Plaintiff,

10     vs.

11 FISHI CAFÉ INC., ET AL

12     Defendants

13

        **SUBSTITUTION OF ATTORNEYS AND ORDER**
14

15     The above named defendant hereby substitutes YING TSAI LIN, in pro per as her

   attorney of record in place of Michael Gong.
16

   Dated: January 15, 2006
17

18                                         Ying Tsai Lin

19 Substitution Accepted:                  I consent to following substitution.

20 Dated: January 15, 2006                 Dated: January 31, 2006

21

22 Ying Tsai Lin                           Michael Gong

                    **ORDER**
23     The foregoing substitution is approved.

24 Dated: Mar 6, 2006

25                                         JUDGE ELIZABETH LAPORTE
                                           UNITED STATES DISTRICT COURT

                            i                        C05-03175 MMC

Substitution of Attorneys
Cai v. Fishi Café Inc., et al.

1

## PROOF OF SERVICE BY MAIL
(C.C.P. Section 1013(a)-2015.2)

2

3    State Of California    )

4    County Of Fresno     )

5       I declare as follows:

6       I am over eighteen years of age and not a party to the within action; my business address is 8525

7    N. Cedar, Suite 107, Fresno, CA 93720; I am employed in Fresno County, California.

8       I am readily familiar with my employer's practices for collection and processing of

9    correspondence for mailing with the United States Postal Service.

10       On February 23, 2006, I served a copy of the within **SUBSTITUTION OF ATTORNEYS**

11    **AND ORDER** on the interested parties in the within action by placing the envelope for collection and

12    processing for mailing following this business ordinary practice with which I am readily familiar. On

13    the same day correspondence is placed for collections and mailing, it is deposited in the ordinary course

14    of business with the United States Postal Service addressed as follows:

15

16    Adam Wang, Esq.
      Dal Bon & Wang

17    12 South First Street, Suite 613
      San Jose, CA 95113

18

19       I declare under penalty of perjury under the laws of the state of California that the foregoing is

20    true and correct.

21    Dated: February 23, 2006

22                                      Gabriela Delgadillo
                                       Legal Secretary

23

24

25

26

27

28

PROOF OF SERVICE