1  ADAM WANG (STATE BAR NUMBER 201233)
   DAL BON & WANG
2  12 South First Street, Suite 613
   SAN JOSE, CA 95113
3  Tel: (408) 421-3403
   Fax: (408) 351-0261
4
   Attorney for Plaintiff
5  Yun-Gui Cai

6

7
                    UNITED STATES DISTRICT COURT
8
                 FOR NORTHERN DISTRICT OF CALIFORNIA
9

10 | YUN-GUI CAI,                          | Case No.: C05-03175 EDL
   |                                       |
11 |     Plaintiff,                        | EX PARTE APPLICATION TO CONTINUE
   |                                       | INITIAL CASE MANAGEMENT
12 |     vs.                               | CONFERENCE & [P~~ROPOSED~~] ORDER
   |                                       |  AS MODIFIED
13 | FISHI CAFÉ INC., ET AL                |
   |                                       |
14 |     Defendants                        |

15      Plaintiff Yun-Gui Cai, through his counsel, hereby moves this Court ex parte to continue

16 the Initial Case Management Conference as follows:

17      1.   Plaintiff filed the Complaint on August 4, 2005.

18      2.   On November 8, 2005, defendants were served with the Summons and Complaint.

19      3.   Defendants have not filed any responsive pleading or any motion in response to

20 the Complaint.

21      4.    On or about January 26, 2006, plaintiff's counsel and defendants' counsel Mr.

22 Michael Gong entered into a stipulation to continue the Initial Case Management Conference

23 then schedule on January 31, 2006, to allow Mr. Gong to file a Motion to Withdraw as Attorney

24 of Record, because, Mr. Gong reported in the stipulation that, defendants have instructed Mr.

25 Gong no to take any further actions in this case.

5.      On March 2, 2006, Mr. Gong filed a substitution whereby the individual defendant Ying Tsai Lin substituted in as pro per litigant, and Mr. Gong was relieved as attorney of record for Mr. Lin.  This Court approved this substitution in its order dated March 6, 2006.  No substitution has been filed with respect to corporate defendant Fishi Café Inc.

6.      Based on subsequent communications with Mr. Gong, it is clear that defendants have no intention to answer to the Summons and Complaint.  It was also revealed that Defendant Fishi Café Inc. would be "wound up."  According to information obtained by Plaintiff, an entity called AA Café is currently operating on the premises of Fishi Café Inc., conducting the same business as Fishi Café Inc.  A search of the California Secretary of State's website revealed that AA Café was incorporated on January 12, 2006.

7.      In the Complaint, in addition to Fishi Café Inc., and Ying Tasi Lin, plaintiff also sued doe defendants who are the real owners in interest of the corporate defendant Fishi Café Inc.  According to the information, the real owner of the business is very wealthy business person.  The predecessor of the Fishi Café Inc. was sued previously before the California Labor Commissioner, and since then, Fishi Café Inc. was incorporated, and real owner of the business had since removed her name from corporate documents and instead used the names of her relatives who have less assets.  According to information and belief, Ying Tsai Lin is the father of the real owner of the business.

8.      Unfortunately, plaintiff is not aware of the official name and official identity of the real owner of the business.

9.      In light of the apparent efforts of avoiding liabilities by hiding assets and concealing the identity of the real owner of business, plaintiff has been trying to locate the identity of the real owner of the business, and will amend the Complaint by adding all defendants who are liable.

1         10.    Meanwhile, plaintiff requests that the Initial Case Management Conference

2   currently schedule on April 4, 2006 be continued for 3 months until July 10, 2006 to allow

3   sufficient investigation by plaintiff.

4         I, the undersigned, hereby do declare under the penalty of perjury under the

5   laws of the United State that the foregoing is true and accurate.

6         Dated:   March 31, 2006        By:  <u>/s/ Adam Wang</u>

7

8                                                        Respectfully submitted:

9

10  Dated: January 26, 2005                By:    /s/ ADAM WANG
                                                                       Adam Wang

11                                                                         Attorney for Plaintiff

12                                                                         Yun-Gui Cai

13  _____

14                                            [PROPOSED] ORDER

15

16       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case

17  Management Conference currently scheduled on ~~March 31~~ April 4, 2006 be continued to ~~July 10~~ July 18, 2006.

18       IT IS SO ORDERED.

19

20  Dated:  <u>March 31, 2006</u>

21                                                     ELIZABETH D. LAPORTE

22                                                     United States Magistrate Judge

23

24

25

EX PARTE TO CONTINUE INITIAL CMC
Cai v. Fishi Café Inc., et al.