**United States District Court**
For the Northern District of California

1

2

3

4

5                  IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    YUN-GAI CAI,                          No. C-05-03175  EDL

9              Plaintiff,                  **ORDER DENYING EX PARTE**
                                           **APPLICATION TO CONTINUE INITIAL**
10      v.                                 **CASE MANAGEMENT CONFERENCE**

11   FISHI CAFÉ, INC, et al.,

12             Defendants.
     _____/
13

14        On August 25, 2006, Plaintiff filed an Ex Parte Application to Continue the Initial Case

15   Management Conference set for August 29, 2006.  The case management conference has already

16   been continued three times for various reasons.  The August 25, 2006 request for continuance is

17   denied and the conference will take place on August 29, 2006 at 10:00 a.m.  Plaintiff's counsel shall

18   be prepared to discuss the service issues relating to newly added Defendants.

19        **IT IS SO ORDERED.**

20   Dated: August 25, 2006                _____
                                           *Elizabeth D. Laporte*
21                                         ELIZABETH D. LAPORTE
                                           United States Magistrate Judge
22

23

24

25

26

27

28