IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAI, | No. C-05-03175 EDL |
|     Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FISHI CAFÉ, INC, et al., | |
|     Defendants. | |

The Court held a case management conference in this matter on August 29, 2006. As discussed at the conference, Plaintiff's counsel shall either effectuate service or file a motion for service by publication no later than September 26, 2006. Failure to do so may result in dismissal of this case for failure to serve.

**IT IS SO ORDERED.**
Dated: August 31, 2006

                                                                                                                                *Elizabeth D. Laporte*
                                                                                                                                ELIZABETH D. LAPORTE
                                                                                                                                United States Magistrate Judge