IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGUI CAI,<br><br>        Plaintiff,<br><br>  v.<br><br>FISHI CAFÉ, INC, et al.,<br><br>        Defendants.<br>_____/ | No. C-05-03175 EDL<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court has received the parties' Stipulation for Extension to File a Responsive Pleading, which was filed on October 10, 2006. Good cause appearing, the Court grants an extension of time until October 16, 2006 for Defendants to file a responsive pleading.

The parties shall file a joint Case Management Conference statement no later than October 27, 2006. A Further Case Management Conference is scheduled for November 14, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 11, 2006

                                                                                  */s/ Elizabeth D. Laporte*
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge