ADAM WANG (STATE BAR NUMBER 201233)
12 South First Street, Suite 908
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
Yun-Gui Cai

DILLINGHAM & MURPHY, LLP
MARK J. ROGERS (STATE BAR NO. 173005)
LUCY F. WANG (SBN 199772)
225 BUSH STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4207
TELEPHONE: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendants AA CAFÉ, INC., LILY LIU,
YEN CHENG LIN & GREAT CHINA INVESTMENT REALTY

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| YUGUI CAI<br><br>Plaintiff,<br><br>v.<br><br>FISHI CAFÉ, INC., AA CAFÉ, INC, YANG-KEE CORP. (DBA YUNG KEE BBQ RESTAURANT), YING TSAI LIN, LILY LIU, YEN CHENG LIN, YUEH YING CHENG, GREAT CHINA INVESTMENT REALTY CORP. & DOES 1-10<br><br>Defendants. | Case No. 05-03175 EDL<br><br>**MODIFIED ORDER ON** STIPULATION FOR EXTENSION TO COMPLETE ADR AND CONTINUANCE OF MARCH 20 , 2007 FURTHER CASE MANAGEMENT CONFERENCE; ORDER<br><br>Trial Date: October 29, 2007 |

Pursuant to Local Rule 6-2, Plaintiff Yugui Cai and Defendants AA Café, Inc., Lily Liu, Yen Cheng Lin, and Great China Investment Realty, through their respective attorneys, hereby stipulate as follows:

WHEREAS at the Further Case Management Conference that took place on November 14,

1  2006, the parties agreed to participate in the Court's ADR Program and the matter was assigned to
2  the Program on an expedited basis.
3           WHEREAS parties have originally scheduled the mediation to take place on March 7,
4  2007.
5           WHEREAS in light of the pending mediation, pursuant to parties' stipulation, this Court
6  ordered that the Further Case Management Conference be continued from February 27, 2007 to
7  March 20, 2007,
8           WHEREAS due to plaintiff counsel's failure to submit the mediation brief to allow
9  mediator sufficient time to prepare for the mediation session, the mediation on March 7, 2007 was
10 canceled.
11          WHEREAS parties and mediator are currently in the process of rescheduling a mediation
12 session to take place no earlier than March 30, 2007 but no later than April 13, 2007.
13          IT IS HEREBY STIPULATED that given the pending mediation, the Further Case
14 Management Conference set for March 20, 2007 be continued to April 17, at 10:00 a.m.

15 Dated: March 19, 2007                DAL BON & WANG

16                                      By:    /s/ ADAM WANG
                                               ADAM WANG
17                                             Attorneys for Plaintiff

18 Dated: March 19, 2007                DILLINGHAM & MURPHY

19                                      By:    /s/ MARK ROGERS
                                               MARK J. ROGERS
20                                             Attorneys for Defendants AA Café, Inc., Lily Liu,
                                               Yen Cheng Lin and Great China Investment Realty
21

22 **Plaintiff is warned that this case must be prosecuted diligently and must be prepared to
   show that Plaintiff is doing so at this Further Case Management Conference or may face
23 sanctions by the Court for failure to prosecute.  No further continuances will be granted
   absent very good cause.**
24

25 IT IS SO ORDERED.

26 Dated: _March 19, 2007____           _____
                                        ELIZABETH D. LAPORTE
27                                      United States Magistrate Judge

28

[Stamp: IT IS SO ORDERED AS MODIFIED /s/ Elizabeth D. Laporte, Judge Elizabeth D. Laporte]