**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  YUGUI CAI,

9          Plaintiff,                              No. C 05-03175  EDL

10     v.                                          **ORDER DENYING APPLICATION  TO APPEAR TELEPHONICALLY**

11  FISHI CAFÉ, INC ET AL,

12          Defendants.
                                          /

13

14     On July 23, 2007, Plaintiff's counsel faxed a request to appear telephonically at the motion

15  hearing set for July 24, 2007 at 9:00 a.m. due to a scheduling conflict with another matter.  IT IS

16  HEREBY ORDERED that the request is denied.   Telephonic appearances are disfavored, and

17  Plaintiff has not shown good cause for the Court to grant that relief in this case.  Moreover, the July

18  24, 2007 hearing date was set by court order on July 10, 2007, in response to Plaintiff's request to

19  shorten time to hear Plaintiff's motion to compel.  Plaintiff has offered no explanation as to why he

20  waited until the day before the hearing to request to appear by telephone.

21  Dated:   July 23, 2007

22                                         _____
                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge
23

24

25

26

27

28