IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAI,

    Plaintiff,

v.

FISHI CAFÉ, INC, ET AL.,

    Defendants.

No. 05-03175 EDL

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND DEFENDANTS' MOTION TO COMPEL**

On July 24, 2007, the Court held a hearing on Plaintiff's Motion to Compel and Defendants' Cross-Motion to Compel. For the reasons stated at the hearing, the Court issues the following Order:

1. No later than July 24, 2007, Defendants shall inform Plaintiff in writing of the names of the corporate officers of Great China Investment Realty.

2. No later than July 25, 2007, Plaintiff shall inform Defendants which individual Defendant he wishes to depose. That deposition shall take place no later than August 3, 2007.

3. No later than July 27, 2007, Defendants shall make a thorough production of stock certificates for the corporate Defendant and lease agreements between the corporate Defendant and the individual Defendants. If Defendants fail to find responsive documents, they shall submit to Plaintiff a declaration from the person most knowledgeable detailing the diligent search made for documents no later than July 27, 2007.

4. No later than August 3, 2007, Defendants shall make a thorough production of financial documents, if possible checks or receipts for cash payments, reflecting rent payments by the lessees to the leasors made during the period of Plaintiff's employment. If Defendants fail to find responsive documents, they shall submit to Plaintiff a declaration from the person most

1  knowledgeable detailing the diligent search made for documents no later than August 3, 2007.

2  5.  No later than July 27, 2007, Plaintiff shall produce to Defendants documents regarding the
3      overtime issue, including documents regarding hours worked, wage statements and documents
4      showing vacation hours.  No later than July 27, 2007, Plaintiff shall also produce to Defendants
5      the surveillance video.

6  6.  The last day to hear dispositive motions is continued to September 11, 2007 at 2:00 p.m.

7  IT IS SO ORDERED.

8  Dated: July 24, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2