IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUGUI CAI,

    Plaintiff,

v.

FISHI CAFÉ, INC, ET AL.,

    Defendants.
_____/

No. 05-03175  EDL

**ORDER RE: DEFENDANTS' PROPOSED JUDGMENT**

On September 27, 2007, Defendant Great China Investment Realty Corporation submitted a proposed judgment reflecting the Court's grant of summary judgment it its favor on September 20, 2007. Because this case involves multiple claims against multiple parties, a judgment in favor of Great China would come within Federal Rule of Civil Procedure 54(b). Defendants made no showing to justify entry of judgment under that Rule, nor is it clear whether they could make such a showing. See Curtis-Wright Corp. v. General Elec. Co., 446 U.S. 1, 8 (1980) ("It is left to the sound judicial discretion of the district court to determine the "appropriate time" when each final decision in a multiple claims action is ready for appeal. . . .  Thus, in deciding whether there are no just reasons to delay the appeal of individual final judgments in setting such as this, a district court must take into account judicial administrative interests as well as the equities involved."). Accordingly, the Court declines to enter judgment in favor of Great China at this time.

Dated: October 3, 2007

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge