1    ADAM WANG (STATE BAR NUMBER 201233)
     DAL BON & WANG
2    12 South First Street, Suite 613
     SAN JOSE, CA 95113
3    Tel:  (408) 292-1040
     Fax:  (408) 292-1045
4
     Attorneys for Plaintiff
5    Yun-Gui Cai

6    Chao Jen Wahng (SBN 225672)
     Law Offices of Richard C. J. Wahng
7    152 Anza Street, Suite 201
     Fremont, CA 94539
8    (510) 490-4447 Telephone
     (510) 490-1102 Fax
9
     Adam C. Fullman (SBN 194249)
10   Stefan O'Grady (SBN 224615)
     Fullman O'Grady Attorneys
11   11580 Trask Avenue
     Garden Grove, CA 92843
12   (714) 277-4428 Telephone
     (714) 280-4631 Fax
13
     Attorneys for Defendants

14                    UNITED STATES DISTRICT COURT

15             FOR NORTHERN DISTRICT OF CALIFORNIA

16   YUGUI CAI                          Case No.: C05-03175 EDL

17                                      STIPULATION TO DISMISS WITH
                                        PREJUDICE
18            Plaintiff,

19        vs.

20   FISHI CAFÉ, INC., AA CAFÉ, YING
     TSAI LIN, YEN CHENG LIN,
21   YUEHYING CHENG & DOES 1 - 10,

22            Defendants

23
          Plaintiffs and defendants, through their respective counsel, hereby stipulate as follows:
24
          1.      Parties have reached a settlement to disputes with respect to the claims alleged by
25
     the Plaintiff against all defendants except Great China Investment Realty Corp.

                                      1                    C05-03175 EDL

STIPULATION TO DISMISS
Cai v. Fishi Café, et al

2.      As such, parties hereby stipulate to dismiss this action in its entirety with prejudice, except that the Great China Investment Realty Corp. is entitled to a judgment pursuant to the Order granting summary judgment in favor of Great China Investment Realty Corp.

3.      The Parties stipulate that this Court vacate the trial set fro December 3, 2007, and should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated:  November 21, 2007           DAL BON & WANG

By:    /s/ ADAM WANG
        Adam Wang
        Attorney for Plaintiff

Dated:  November 21, 2007

By: ___/s/ Richard Wahng_
        Richard Wahng
        Attorney for Defendants

_____

[~~PROPOSED~~] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED. The Court retains jurisdiction for the purpose of enforcing the settlement agreement until February 29, 2008 absent a showing of good cause to extend that deadline.

IT IS SO ORDERED.

Dated: November 28, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2            **C05-03175 EDL**

STIPULATION TO DISMISS
Cai v. Fishi Café, et al