Chao Jen Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Adam C. Fullman (SBN 194249)
Stefan O'Grady (SBN 224615)
Fullman O'Grady Attorneys
11580 Trask Avenue
Garden Grove, CA 92843
(714) 277-4428 Telephone
(714) 280-4631 Fax

Attorneys for Defendants AA CAFÉ, INC., LILY LIU, YEN CHENG LIN, and GREAT CHINA INVESTMENT REALTY CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGUI CAI<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FISHI CAFÉ, INC., AA CAFÉ, INC., YANG-KEE CORP. (DBA YUNG KEE BBQ RESTAURANT), YING TSAI LIN, LILY LIU, YEN CHENG LIN, YUEH YING CHENG, GREAT CHINA INVESTMENT REALTY CORP., & DOES 1 – 10,<br><br>　　　　Defendants. | Civil Action No. 05-03175 EDL<br><br>[Honorable Elizabeth D. Laporte]<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to this Court's September 20, 2007 order granting defendant GREAT CHINA INVESTMENT REALTY CORP.'s ("Great China") motion for summary judgment, judgment is entered in favor of defendant Great China and against the plaintiff. ~~Great China shall recover costs incurred in defending this action from the plaintiff~~.

**IT IS SO ORDERED.**

Dated: November 28, 2007

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

[~~PROPOS~~ED] JUDGMENT

1